In the Supreme Court of Georgia

Decided:   February 16, 2015

S15A0256. BATEMAN v. SCROGGINS et al.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Affirmed without opinion. All the Justices concur.